# EXHIBIT B

























