# EXHIBIT F

# BLOOD IS THE NEW BLACK
## //SHOP ONLINE

- Home
- News
- Blog
- Artists
- Stores
- Press
- About
- Contact

FREE SHIPPING ON ALL ORDERS OVER $100!

//Stores

## 57th STREET COLLECTION

1248 Madison Ave, New York, NY 10128 USA
213-534-6275

## A Curious TeePee

Singapore www.acuriousteepee.com

## ADRENALINE

982 GRANVILLE ST., VANCOUVER, BC V6Z1L2 CANADA
604.669.6800
adrenalinevancity.com

## ALTA

4930 A Ross St, Red Deer, Alberta T4N 1X7 Canada
403-986-6762
altashop.ca

## ASOS

www.asos.com

## ATMOSPHERE APPAREL

902 PEARL ST., BOULDER, CO 80302

## Basmatee

School Street 7, Prague Czech Republic
www.basmatee.cz

## Beams T

Japan shop.beams.co.jp/shop/beamst

## BELMONT ARMY

1318 N. Milwaukee Ave, Chicago, IL 60622 USA
773-384-8448

## BLUES INC

2F 4-34-10 DAIZAWA SETAGAYA, TOKYO 155-0032 Japan
81-3-5433-3755

## BLUSH + PANIC

47 A, Melita St., Valetta VLT1122 MALTA
panic-at-strait-street.tumblr.com

## BUFFALO EXCHANGE LTD

55 W. ADAMS, Tucson, AZ 85705
520.622.2711

## Can Can

30 Rue Henry Monnier, Paris 75009 France
0033142803041

## CHROME

2601 19TH ST., Lubbox, TX 79410

## CLOTHIC

2955 Neet Ave #4, San Jose, CA 95128 USA
852-819-15532
www.clothic.com

## clover

2756 Rowena Ave, Los Angeles, CA 90039 usa
323-661-4142
www.cloversilverlake.com/

## COLLETTE

213 Rue Saint Honore, Paris 75001 France
331-42-86-92-03
www.colette.fr/

## community service

3356 S. Broadway, Englewood, CO 80113-2428 USA
720-220-6893

## dakota 501

501 Chapel St., South Yarra, Melbourne 3141 Australia
www.dakota501.com

## dannenmann

Endersbacherstrasse 71, Weinstadt 71384 Germany
49-1605543852
www.dannenmann-pure.com

## DELTA

3-4-3 NISHIHARA SHIBUYA-KU, TOKYO 151-0066 Japan
81.3.34850933
DELTAONLINE.JP

## divine

9760 45th Ave, Edmonton, Alberta T6E 5C5 Canada
780-437-9517
www.divineplanet.com

## EAST 4TH SKATE

2120 E. 4TH ST., Long Beach, CA 90814 USA
562.856.3685
www.east4thskate.com

## EDGE OF URGE

18 MARKET ST., WILMINGTON, NC 28401 USA
910.762.1662
edgeofurge.com

## FLAVOUR VINTAGE/MAD FLAVOUR

581 JOHNSON ST., VICTORIA, BC V8W1M2 Canada

## Flower Distribution

Via Bologna 220, Torino 10154 Italy
0039 011 5684281
www.flowerdistribution.it

## Fresch Trading

Skanstorget 10 A S-411 22, Gothenburg Sweden
info@fresch.se

## GARDEN GIRL ENTERPRISES

No.18, Ciyin St. West Central District, Tainan City 700
886.6.2216303
www.gardengirl.com.tw

## GIANT PEACH

1805 CLEMENT AVE SUITE C, ALAMEDA, CA 94501

## Goldmine Vintage

1123 Pearl St., Boulder, CO 80302 USA
303-449-0794
www.goldminevintage.com

## good deal/wild eagle

PO Box 1881, Coppel, TX 75019
817-313-9393

## Halcyon

57 Pearl St., Brooklyn, NY 11201 USA
718-260-9299
www.halcyonline.com

## harvey nichols

www.harveynichols.com

## ICON

67 3RD ST., NEW YORK, NY 10003
icon-nyc.com

## identity

7556 Melrose Ave, Los Angeles, cA 90046 usa
323-655-6009

## jackpot

3-22-11 Shinkuku, Shinjuku-ku, Tokyo 160-0022 japan
81.3.3.3352.6912

## Jacks on Chestnut

2260 Chestnut Street, San Francisco, CA 94123
415-409-6114
www.jacksonchestnut.com

## Kaliedoscope

1430 E Sunshine, Springfield, MO 65804 USA
417-883-9636
www.kscope4fun.com

## KIN

8555 Sunset Blvd, Los Angeles, CA 90069 USA
310-360-1444
shopshoroom.com

## Kuji Shop

343 Ecclesall Rd, Sheffield, South Yorks UK UK
44-114-268-3822
www.kujishop.co.uk

## Lemur

alapa 85 colonia Roma, Mexico City Mexico
4622.9275
lemurshop.blogspot.com

## LULL

29 RUE DE MILLO, Monaco Monaco
37.797.775.454
www.lull.mc

## Maximum City

188 Finsbury Ln., Durham, NC 27703 USA

## Metropark

www.metroparkusa.com

# Mily

242, Rue De Rivoly, Paris 75001 France

# mini mini market

218 Bedford Avenue, Brooklyn, NY 11211 usa
718-218-7849
www.miniminimarket.com

# moose ltd

www.mltd.com

# nasty gal

www.shopnastygal.com

# nation

1846 Westheimer Rd, Houston, TX 77098 usa
713-594-8630

# need supply co.

3010 W Cary St., Richmond, VA 23221 usa
804-355-4383
needsupply.com

# No. A

372 E. 2nd St., los angeles, ca 90012 usa
213-626-6155
www.number-a.com

# noise inc/substance

1304 El Prado Ave #E, Torrance, CA 90501 usa
(310) 618-1811

# nordstrom

shop.nordstrom.com

# Numeros 2

18 rue des Chartreux, Bruxelles 1000 belgium
02 503 61 83

# Oak

208 north 8th st., brooklyn, new york 11211 usa
1-718-782-0521
www.oaknyc.com

# Ooga Booga

943 N. Broadway #203, Los Angeles, CA 90012 usa
(213) 617-1105
www.oogaboogastore.com

# OTTO

69 AVE. CONDADO, SAN JUAN PUERTO RICO

# patricia field

302 Bowery, NY, NY 10012 usa
212-966-4066
www.patriciafield.com

# Paul's boutique

2280 Guildford Town Centre, Surrey, BC V3R 7B9 Canada
604-951-7597

# PENELOPE'S

1913 W. DIVISION ST., CHICAGO, IL 60622

# pilotis

4B 4-21-8 Ooiwa Aoi-ku, Shizuoka 420-0886 japan

# Planet Clothing

636-648 Beaufort St., Mount Lawley, Western Australia 6050 australia
0893287464

# private collection

324 East 14th St., Los Angeles, CA 90015 usa
213-741-0810

### pulse

722A HAY ST., PERTH, wa 6000 Australia
(08) 9322 7210

## Quartershop

Corso Magenta, 53, Milan Italy
www.quartershop.com

### queen's couture

260 Orchard Road #04-01, The Heeren 238855 SINGAPORE
+65 67373125
www.queenscouture.com

## R&R MENSWEAR

333 N. PALM CANYON, PALM SPRINGS, CA 92262

### rag's style

404 S. Figueroa St. #204, Los Angeles, ca 90071 usa
213-622-6924
ragsstyle.com

## RETAIL THERAPY

905 E. PIKE ST., SEATTLE, WA 98122

### Robot Love

2648 Lyndale Ave South, Minneapolis, MN 55408
www.robotlove.biz

### room 14 menswear

14 George St., Ashton-Under-Lyne, Lancashire 0L6 6AQ uk
+44 (0)161 330 5506
www.room14menswear.co.uk

### selfridges

www.selfridges.com

### shotwell

320 Grant Ave, San Francisco, CA 94108 usa

415-399-9898
www.shotwellsf.com

### skate or cry

204-99 Osborne st, Winnipeg, MB R3L 2R4 canada
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

### SKYLARK

1356 ABBOT KINNEY BLVD, VENICE, CA 90291

### the common

1077 Mission St., San Francisco, CA 94103 usa
(207) 756-9310
www.thecommonsf.com

### Three Monkeys

Les Cours Mont Royal, Suite 217, Montreal, Quebec H2A 1T5 Canada
514-284-1333

### topwin

www.topwin.co.jp

### Trash and Vaudeville

4 St Mark's Place, New York, NY 10003
212.982.3590

### Trixies Palace

1704 Thames St, Baltimore, MD 21231
www.trixiespalace.com/

### Un1cen apparel

140a Oxford St., Leederville, WA 6007 Australia

### Una Mae's

1528 N. Milwaukee Ave, Chicago, IL 60622
773.276.7002
www.unamaesclothing.com

### uneek basement

150-21 Kawaguchi, Hachiouju City, Tokyo 193-0801 japan

## Urban Outfitters

URBANOUTFITTERS.COM

## Urban Outfitters UK

www.urbanoutfitters.co.uk/

## ware

3/665 Beaufort St., Mt. Lawley, WA 6050 australia
892718338
www.waremtlawley.com.au

## Westlife

So Martiri Della Liberta 21A, Brescia 25122 Italy

## WESTSIDE PROJECT

1113 ELECTRIC AVE., VENICE, CA 90291
310.450.0100

**Australia**
**Belgium**
**Canada**
**Czech Republic**
**Distributors**
**France**
**Germany**
**Italy**
**Japan**
**Malta**
**Mexico**
**Monaco**
**Puerto Rico**
**Singapore**
**Taiwan**
**UK**
**USA**

- **California**
- **Colorado**
- **Illinois**

- **Minnesota**
- **Missouri**
- **National**
- **New York**
- **North Carolina**
- **Texas**
- **Virginia**
- **Washington**



//SIGN UP FOR OUR MAILING LIST
//SEND

Copyright © 2011 Blood Is The New Black, Inc.
All Rights Reserved | Site by Jon San Nichols & Sé Reed