IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEEN MODEL (a minor), by her parents, PARENTS,<br><br>        Plaintiffs,<br><br>   -against-<br><br>JASON LEE PARRY, BLOOD IS THE NEW BLACK, UBAN OUTFITTERS, INC., and BRANDY & MELVILLE N.Y. INC.,<br><br>        Defendants. | Civ. Act. No.: 11CV5766 (GBD) |

## MOTION TO DISMISS THIRD CLAIM FOR RELIEF

### BY DEFENDANT EST. 1844, LLC DBA BLOOD IS THE NEW BLACK

SEDGWICK LLP
Attorneys for Defendant
EST. 1844, LLC dba BLOOD IS THE NEW BLACK
801 South Figueroa Street, 19th Floor
Los Angeles, CA  90017
(213) 426-6900

**Of Counsel:**
Jessika J. Moon, Esq.

LA/1121183v1

**PLEASE TAKE NOTICE** that, upon the accompanying Motion to Dismiss Third Claim for Relief By Defendant EST. 1844, LLC DBA BLOOD IS THE NEW BLACK's, served on November 30, 2011, and the documents filed herein to date, the defendant EST. 1844, LLC DBA BLOOD IS THE NEW BLACK ("BITNB"), by its attorneys, Sedgwick LLP, will move the Court on February 14, 2012 at 11:00 a.m. EST or as soon thereafter as counsel can be heard, before the Hon. George B. Daniels, at the United States Courthouse, Southern District of New York located at 500 Pearl Street, New York, NY 10007-1312 for an Order pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) dismissing the third claim for relief of the First Amended Complaint based on the failure to state a claim upon which relief can be granted.

Dated: November 30, 2011

Respectfully Submitted,


    /s/ Kanika D. Corley
James J.S. Holmes (Admitted *pro hac vice*)
Kanika D. Corley (Admitted *pro hac vice*)
SEDGWICK LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, California 90017
Telephone:     (213) 426-6900
Facsimile:     (213) 426-6921
Email: james.holmes@sedgwicklaw.com
Email: kanika.corley@sedgwicklaw.com

Jessika J. Moon (JM-3108)
SEDGWICK LLP
125 Broad Street, 39th Floor
New York, New York 10004-2400
(212) 422-0202 Telephone
(212) 422-0925 Facsimile
Email: jessika.moon@sedgwicklaw.com

Attorneys for Defendant,
EST. 1844, LLC dba BLOOD IS THE NEW BLACK

## CERTIFICATE OF SERVICE

I, JESSIKA J. MOON, hereby certify and affirm that a true and correct copy of the attached **MOTION TO DISMISS THIRD CLAIM FOR RELIEF BY EST. 1844, LLC DBA BLOOD IS THE NEW BLACK** was served **via ECF** and **via regular mail** on **November 30, 2011**, upon the following:

Laura L. Chapman, Esq.
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA  94101-1520

Mary R. Conklin, Esq.
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA  90071-2411

Dated: New York, New York
**November 30, 2011**

_/s/ Jessika J. Moon_____
Jessika J. Moon