| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name State Bar Number and Address)*:<br>TAMARA L. LANNING (SBN 4831418)<br>EDWARD C. GREENBERG, LLC<br>570 LEXINGTON AVE., 17TH FLOOR<br>NEW YORK, NY 10022 | TELEPHONE NO.:<br><br>(212) 697-8777 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR *(Name)*: PLAINTIFF | Ref. No. or File No:<br>794722 | |
| Insert name of court and name of judicial and branch court, if any:<br>UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK | | |
| SHORT TITLE OF CASE:<br>TEEN MODEL, ET AL. VS JASON LEE PARRY, ET AL. | | |

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV.: | CASE NUMBER:<br>11-cv-5766 (GBD) |
|---|---|---|---|---|

1. I served the:
   a. AMENDED COMPLAINT;
      EXHIBITS TO THE AMENDED COMPLAINT FILED UNDER SEAL

   b. on *(name)*: JASON LEE PARRY

   c. by serving: CALEB PARRY, BROTHER

   d. by delivery: ☒ AT HOME    ☐ AT BUSINESS    ☐ OTHER
      1. date: NOVEMBER 18, 2011
      2. time: 10:42 AM
      3. address: 2368 LOMA VISTA PLACE
                 LOS ANGELES, CA 90039

   e. ☒ by mailing
      1. date: NOVEMBER 21, 2011
      2. place: LOS ANGELES, CA

2. Manner of service: SUBSTITUTED SERVICE

3. At the time of service I was at least 18 years old and not a party to the action.

4. Process Server:
   JOHN ALDANA
   800 W. 1ST STREET, SUITE 200-B
   LOS ANGELES, CALIFORNIA 90012
   (213) 607-9000

   [X] Registered California Process Server
       Registration Number: 5261
       County: LOS ANGELES
       Fee for service:



I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on :

Date: NOVEMBER 22, 2011                    Signature _____

See notary attached hereto.

# ACKNOWLEDGMENT

State of **California**
County of __Los Angeles__

On __11/22/11__ before me, __D. Azmi__, Notary Public
(insert name and title of the officer)

personally appeared __John Aldana__ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of **California** that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature __D. Azmi__

D. AZMI
Commission # 1840536
Notary Public - California
Orange County
My Comm. Expires Mar 15, 2013

(Seal)

Proof of Re: 11-cv 5766 (GBD)