USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 6 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEEN MODEL (a minor), by her parents,
PARENTS,
                        Plaintiffs,

v.

JASON LEE PARRY,
BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC.,
and BRANDY & MELVILLE N.Y., INC.,

                        Defendants.

Index No. 1:11-cv-05766-GBD

---

## DECLARATION OF CHARLES J. HARDER

**CHARLES J. HARDER**, declares pursuant to 28 U.S.C.§ 1746:

1. I am a member in good standing of the Bar of the State of California and am a partner of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP, current co-counsel of record for defendant Brandy & Melville N.Y. Inc. in the above-captioned action.

2. I was admitted to this Court *pro hac vice* on October 12, 2011.

3. I submit this Declaration, pursuant to Local Rule 1.4, in support of the Stipulation and Order Substituting Attorneys to substitute the law firm of Hurwitz & Fine, P.C. and its attorneys, Andrea Schillaci and Margo M. Laguras, as the attorneys of record for defendant Brandy & Melville N.Y. Inc. in this action in place and instead of its current counsel.

4. This case was filed on August 18, 2011, and is currently scheduled for a Case Management Conference and oral argument on various motions on February 14, 2012.

5. Substitution of counsel is being requested based on Brandy & Melville's contractual obligations with its insurer.

6. Issue has been joined and Rule 26 disclosures are in progress.

7. This substitution of counsel should cause no delay in the proceedings of this case.

8. Defendant Brandy & Melville N.Y. Inc. has consented to the substitution of attorneys, as evidenced by the Consent to Change Attorneys form attached hereto as Exhibit A.

9. Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP has executed the Stipulation and Order Substituting Attorneys accompanying this Declaration.

7. Wolf, Rifkin, Shapiro, Schulman & Rabkin LLP is not asserting a lien in this matter.

WHEREFORE, it is respectfully requested that the Stipulation and Order Substituting Attorneys be granted.

Dated: January 23, 2012

Charles J. Harder, Esq.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064
(310) 478-4100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEEN MODEL (a minor), by her parents,
PARENTS,

                Plaintiffs,

v.

JASON LEE PARRY,
BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC.,
and BRANDY & MELVILLE N.Y., INC.,

                Defendants.

Index No. 1:11-cv-05766-GBD

---

## DECLARATION OF TOM J. FERBER

**TOM J. FERBER, ESQ.**, declares pursuant to 28 U.S.C. §1746:

1. I am an attorney, duly admitted to practice in the Courts of the State of New York and this District.

2. I am a partner of the law firm of Pryor Cashman LLP, current co-counsel of record for defendant Brandy & Melville N.Y. Inc. in the above-captioned action.

3. I submit this Declaration in support of the Stipulation and Order Substituting attorneys to substitute the law firm of Hurwitz & Fine, P.C. and its attorneys, Andrea Schillaci and Margo M. Laguras, as the attorneys of record for defendant Brandy & Melville N.Y. Inc. in this action in place and instead of its current counsel.

4. This case was filed on August 18, 2011, and is currently scheduled for a Case Management Conference and oral argument on various motions on February 14, 2012.

5.  Substitution of counsel is being requested based on Brandy & Melville's contractual obligations with its insurer.

6.  Issue has been joined and Rule 26 disclosures are in progress.

7.  This substitution of counsel should cause no delay in the proceedings of this case.

8.  Defendant Brandy & Melville N.Y. Inc. has consented to the substitution of attorneys, as evidenced by the Consent to Change Attorneys form attached hereto as Exhibit A.

9.  Pryor Cashman LLP has executed the Stipulation and Order Substituting Attorneys accompanying this Declaration.

10. Pryor Cashman LLP is not asserting a retaining or charging lien in this matter.

WHEREFORE, it is respectfully requested that the Stipulation and Order Substituting Attorneys be granted.

Dated: January 23, 2012

Tom J. Ferber, Esq.
PRYOR CASHMAN, LLC
7 Times Square
New York, New York 10036
(212) 421-4100



# HURWITZ & FINE, P.C.
### ATTORNEYS AT LAW

**Andrea Schillaci**
as@hurwitzfine.com

January 25, 2012

**Via Email**
judgments@nysd.uscourts.gov

Attn: Orders and Judgments Clerk
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    Teen Model v. Parry et al.
               SDNY Docket No. 1:11-cv-05766-GBD
               Our File No. 20120042

Dear Orders and Judgments Clerk:

      Enclosed for submission to the Hon. George B. Daniels, please find a Stipulation and (proposed) Order Substituting Attorneys on behalf of defendant Brandy & Melville, N.Y. Inc., along with Declarations in support from Brandy & Melvillle's current counsel, Charles Harder, Esq. and Tom Ferber, Esq.

      Please advise us if any further information is required. The original signed documents will follow under separate cover.

                                    Respectfully submitted,

                                    HURWITZ & FINE, P.C.

                                    Andrea Schillaci

AS:jb
Enclosures