Daniels, T

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 26 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEEN MODEL (a minor), by her parents,
PARENTS,

                   Plaintiffs,

v.

JASON LEE PARRY,
BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC.,
and BRANDY & MELVILLE N.Y., INC.,

                   Defendants.

STIPULATION AND ORDER
SUBSTITUTING ATTORNEYS

Index No. 1:11-cv-05766-GBD

---

    The undersigned hereby stipulate and consent to the substitution of the law firm of Hurwitz & Fine, P.C., by and through its attorney Andrea Schillaci and Margo M. Laguras, as attorneys of record for defendant Brandy & Melville N.Y., Inc. in the above-caption action in place and instead of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP and its attorney Charles J. Harder, and in place and instead of the law firm of Pryor Cashman LLP and its attorneys Tom J. Ferber and Maryaneh Mona Simonian.

Dated: January 23, 2012

Brandy & Melville, NY Inc.

By: _____

Wolf, Rifkin, Shaprio, Schulman & Rabkin, LLP

By: _____
Charles J. Harder, Esq.
11400 W. Olympic Blvd., 9th Floor
Los Angeles, CA 90064

(310) 478-4100

Pryor Cashman LLP

By: _____
Maryaneh Mona Simonian, Esq.
Tom J. Ferber, Esq.
7 Times Square
New York, NY 10036-6569
(212) 421-4100

**SO ORDERED:**

JAN 26 2012    _____
United States District Court Judge

GRANTED: