UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEEN MODEL (a minor), by her parents, PARENTS,

          Plaintiffs,

-v-

JASON LEE PERRY, BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC., and BRANDY &
MELVILLE N.Y. INC.,

          Defendants.



ORDER

11 CV 5766 (GBD)

GEORGE B. DANIELS, District Judge:

The conference scheduled for February 14, 2012 at 11:00AM is cancelled. The next conference is scheduled for March 6, 2012 at 9:30AM.

Dated: New York, New York
       February 9, 2012

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge