UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X  Civil Action No.: 11-CV-5766 (GBD)
TEEN MODEL (a minor), by her parents,
PARENTS,

                        Plaintiffs,

                        -Against-

JASON LEE PARRY,
BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC., and
BRANDY & MELVILLE N.Y. INC.,

                        Defendants.
------------------------------------------------------------X

## STIPULATION EXTENDING BLOOD IS THE NEW BLACK'S TIME TO RESPOND TO PLAINTIFF'S DISCOVERY DEMANDS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the applicable parties herein, that the time for defendant EST. 1844, LLC dba Blood Is The New Black ("BITNB"), to respond to the First Set of Requests for Production of Documents, dated January 12, 2012 with original response due date February 10, 2012, is hereby extended up to and including March 6, 2012. This is the first request for extension by BITNB.

Dated: February 9, 2012

| | |
|---|---|
| EDWARD C. GREENBERG, LLC<br>Attorneys for Plaintiffs<br>Teen Model (a minor), by her parents,<br>Parents | SEDGWICK LLP<br>Attorneys for Defendant<br>EST. 1844, LLC dba Blood Is The New Black |
| By: _____<br>Edward C. Greenberg<br>Tamara Lannin (TL 3781)<br>570 Lexington Avenue, 17th Floor<br>New York, New York 10022<br>(212) 697-8777 | By: _____<br>James J.S. Holmes<br>Kanika D. Corley<br>801 S. Figueroa Street, 19th Floor<br>Los Angeles, California 90017<br>(213) 426-6900 |

SO ORDERED  FEB 16 2012

_____
Hon. George B. Daniels
United States District Judge, S.D.N.Y.