UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEEN MODEL (a minor) by her parents, PARENTS,

                Plaintiffs,

    -against-

JASON LEE PARRY, BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC., and BRANDY &
MELVILLE N.Y. INC.,

                Defendants.
------------------------------------------------------------X

11-CV-5766 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 22 2012

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that the time for defendant Urban Outfitters, Inc. to respond to Plaintiff's First Request for the Production of Documents, dated January 12, 2012, is extended to February 24, 2012. Said response was original due on February 11, 2012 in conformity with Fed. R. Civ P. 34. This is the first request for an extension of this type.

Dated: February 13, 2012
      New York, New York

_____
Tamara Lannin, Esq.
Edward C. Greenberg, LLC
Attorney for Plaintiff
570 Lexington Ave, 17th Floor
New York, New York 10022
(212) 697-8777

_____
Stephen J. Barrett, Esq.
Callan Koster Brady & Brennan
Attorneys for Defendant
URBAN OUTFITTERS, INC.
One Whitehall Street, 10th Floor
New York, New York 10004
(212) 248-8800

FEB 22 2012

_____
George B. Daniels
SO ORDERED