UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEEN MODEL (a minor), by her parents, PARENTS,

                Plaintiffs,

-v-

BLOOD IS THE NEW BLACK, URBAN OUTFITTERS, INC., and BRANDY & MELVILLE N.Y. INC.,

                Defendants.

ORDER

11 CV 5766 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant Brandy & Melville N.Y. Inc. moves to strike portions of plaintiff's amended complaint pursuant to Federal Rule fo Civil Procedure 12(f). The allegations Brandy & Melville moves to strike are not redundant, immaterial, impertinent, or scandalous. The allegations bear on the claims plaintiff alleges, and do not have a prejudicial effect against defendants. Accordingly, Brandy & Melville's motion is DENIED.

Dated: New York, New York
      March 5, 2012

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge