UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEEN MODEL (a minor), by her parents, PARENTS,

                Plaintiffs,

-v-

BLOOD IS THE NEW BLACK, URBAN OUTFITTERS, INC., and BRANDY & MELVILLE N.Y. INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: MAR 06 2012

ORDER

11 CV 5766 (GBD)

GEORGE B. DANIELS, District Judge:

Defendant Blood Is The New Black moves to strike portions of plaintiff's amended complaint pursuant to Federal Rule of Civil Procedure 12(f). The allegations Blood Is The New Black moves to strike are not redundant, immaterial, impertinent, or scandalous. The allegations bear on the claims plaintiff alleges, and do not have a prejudicial effect against defendants. Accordingly, Blood Is The New Black's motion is DENIED.

Dated: New York, New York
      March 5, 2012

                              SO ORDERED:

                              *George B. Daniels*
                              GEORGE B. DANIELS
                              United States District Judge

1