UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------, x

TEEN MODEL (a minor), by her parents, PARENTS,

              Plaintiff,

        -v-

BLOOD IS THE NEW BLACK, URBAN OUTFITTERS, INC., and BRANDY & MELVILLE N.Y., INC.,

              Defendants.

------------------------------------------------------------

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11 Civ. 5766 (GBD)(DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

__X__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

____ Specific Non-Dispositive Motion/Dispute:

____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

__X__ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

All such motions:__

Dated: March 6, 2012

SO ORDERED:

_____
United States District Judge