UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEEN MODEL (a minor), by her parents, PARENTS,

                Plaintiffs,

-v-

BLOOD IS THE NEW BLACK, URBAN OUTFITTERS, INC., and BRANDY & MELVILLE N.Y. INC.,

                Defendants.

ORDER

11 CV 5766 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff's motion to quash subpoenas served on non-parties is GRANTED. No subpoenas are to be served by any party to this litigation unless so ordered by this Court.

    Plaintiff's motion for sanctions and a protective order is DENIED.

Dated: New York, New York
       March 5, 2012

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge