UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEEN MODEL (a minor), by her parents, PARENTS,      Plaintiff,<br><br>-v-<br><br>JASON LEE PARRY, BLOOD IS THE NEW BLACK, URBAN OUTFITTERS, INC., and BRANDY & MELVILLE N.Y. INC.,      Defendant. | Case No. 11-CV-5766 (GBD)<br><br>**Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for URBAN OUTFITTERS, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

URBAN OUTFITTERS, INC.

**Date:** March 20, 2012

Signature of Attorney

**Attorney Bar Code:** (WSK-6753)

Form Rule7_1.pdf SDNY Web 10/2007