UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TEEN MODEL (a minor), by her parents,
PARENTS,

                        Plaintiffs,

          -Against-

JASON LEE PARRY,
BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC., and
BRANDY & MELVILLE N.Y. INC.,

                        Defendants.
-------------------------------------------------------X

Civil Action No.: 11-CV-5766 (GBD)

**RULE 7.1 DISCLOSURE STATEMENT BY DEFENDANT EST. 1844, LLC DBA BLOOD IS THE NEW BLACK**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to F.R.Civ.P. 7.1., the undersigned, counsel of record for Defendant EST. 1844, LLC DBA BLOOD IS THE NEW BLACK, certifies that it is a nongovernmental corporate party. Defendant EST. 1844, LLC DBA BLOOD IS THE NEW BLACK neither has a parent company nor is there a publically held corporation owning 10% or more of its stock.

Dated: March 20, 2012

                                        Respectfully Submitted,

                                        James J.S. Holmes (admitted *pro hac vice*)
                                        Kanika D. Corley (admitted *pro hac vice*)
                                        SEDGWICK LLP
                                        801 S. Figueroa Street, 19th Floor
                                        Los Angeles, California 90017
                                        Telephone:   (213) 426-6900
                                        Facsimile:    (213) 426-6921
                                        Email:  kanika.corley@sedgwicklaw.com

                                        Attorneys for Defendant,
                                        Est. 1844, LLC dba Blood Is The New Black

LA/1157613v1