Freeman, Mag

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Civil Action No.: 11-cv-5766 (GBD) (DCF)
TEEN MODEL (a minor), by her parents, PARENTS,

                Plaintiff,

                                                                           STIPULATION AND
                                                                           PROPOSED ORDER

                -Against-

BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC., and
BRANDY & MELVILLE N.Y. INC.

                Defendants,
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/12
```

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties, and subject to the approval of this Court, as follows:

      WHEREAS, the parties are engaged in settlement discussions and have settlement conferences scheduled with Magistrate Judge Debra C. Freeman for June 12, 2012 and June, 18, 2012.

      WHEREAS, Plaintiff is prepared to file a Motion to Amend the Complaint to add an additional claim against defendant Brandy & Melville N.Y. Inc.

      WHEREAS, Brandy & Melville N.Y. Inc. is contemplating filing a Motion to Add Additional Parties.

      WHEREAS, the Scheduling Order of this Court, dated April 3, 2012 requires that "[a]ny motion to amend the pleadings or to join additional parties shall be served no later than May 25, 2012."

      1.    In an effort to obviate motion practice, eliminate attendant attorneys' fees and expenses, and to foster settlement, the Parties hereby agree to withhold filing motions to Amend

1

the Pleadings and/or to Add Additional Parties between the date of this Stipulation and June 19, 2012.

2.     In consideration of the above parties' attempts at settlement of the above-captioned matter, the parties, through their counsel, agree that, in the event the matter is not resolved by June 18, 2012, the Parties shall be permitted to file motions to Amend the Pleadings and/or to Add Additional Parties as early as June 20, 2012, but no later than July 2, 2012.

3.     Counsel executing this stipulation affirmatively represent that each is authorized to execute this stipulation on behalf of their respective client(s) and the parties rely on the truth of such representation.

4.     This Stipulation is without prejudice to any party's position with respect to any pending motion, or to any party's claim, counterclaim, or defense in this Action.

5.     This Stipulation may be executed in counterparts, and a facsimile or portable document format version or copy of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
       May __, 2012

By: Andrea Schillaci
HURWITZ & FINE, P.C.
1300 Liberty Building
Buffalo, New York 14202
Ph: (716)849-8900
Fax: (716)-855-0874
*Attorneys for Defendant Brandy & Melville N.Y. Inc.*

By: Edward C. Greenberg (5553)
By: Tamara L. Lannin (TL 3784)
EDWARD C. GREENBERG, LLC
570 Lexington Ave. 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

By: Kanika D. Corley
By: James J.S. Holmes
SEDGWICK LLP

By: Warren S. Koster
By: Stephen J. Barrett
CALLAN KOSTER BRADY & BRENNAN

the Pleadings and/or to Add Additional Parties between the date of this Stipulation and June 19, 2012.

2.      In consideration of the above parties' attempts at settlement of the above-captioned matter, the parties, through their counsel, agree that, in the event the matter is not resolved by June 18, 2012, the Parties shall be permitted to file motions to Amend the Pleadings and/or to Add Additional Parties as early as June 20, 2012, but no later than July 2, 2012.

3.      Counsel executing this stipulation affirmatively represent that each is authorized to execute this stipulation on behalf of their respective client(s) and the parties rely on the truth of such representation.

4.      This Stipulation is without prejudice to any party's position with respect to any pending motion, or to any party's claim, counterclaim, or defense in this Action.

5.      This Stipulation may be executed in counterparts, and a facsimile or portable document format version or copy of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
       May ___, 2012

By: Andrea Schillaci
HURWITZ & FINE, P.C.
1300 Liberty Building
Buffalo, New York 14202
Ph: (716)849-8900
Fax: (716)-855-0874
*Attorneys for Defendant Brandy & Melville N.Y. Inc.*

By: Edward C. Greenberg (5553)
By: Tamara L. Lannin (TL 3784)
EDWARD C. GREENBERG, LLC
570 Lexington Ave. 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

By: Kanika D. Corley
By: James J.S. Holmes
SEDGWICK LLP

By: Warren S. Koster
By: Stephen J. Barrett
CALLAN KOSTER BRADY & BRENNAN

2

the Pleadings and/or to Add Additional Parties between the date of this Stipulation and June 19, 2012.

2. In consideration of the above parties' attempts at settlement of the above-captioned matter, the parties, through their counsel, agree that, in the event the matter is not resolved by June 18, 2012, the Parties shall be permitted to file motions to Amend the Pleadings and/or to Add Additional Parties as early as June 20, 2012, but no later than July 2, 2012.

3. Counsel executing this stipulation affirmatively represent that each is authorized to execute this stipulation on behalf of their respective client(s) and the parties rely on the truth of such representation.

4. This Stipulation is without prejudice to any party's position with respect to any pending motion, or to any party's claim, counterclaim, or defense in this Action.

5. This Stipulation may be executed in counterparts, and a facsimile or portable document format version or copy of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
       May __, 2012

By: Andrea Schillaci
HURWITZ & FINE, P.C.
1300 Liberty Building
Buffalo, New York 14202
Ph: (716)849-8900
Fax: (716)-855-0874
*Attorneys for Defendant Brandy & Melville N.Y. Inc.*

By: Edward C. Greenberg (5553)
By: Tamara L. Lannin (TL 3784)
EDWARD C. GREENBERG, LLC
570 Lexington Ave. 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

By: Kanika D. Corley
By: James J.S. Holmes
SEDGWICK LLP

By: Warren S. Koster
By: Stephen J. Barrett
CALLAN KOSTER BRADY & BRENNAN

SO ORDERED:  DATE: 5/24/12
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

2

| | |
|---|---|
| 801 S. Figueroa Street, 19th Floor<br>Los Angeles, CA 90017<br>Ph:   (213) 426-6900<br>Fax:  (213) 426-6921<br>*Attorneys for Defendant Blood Is The New Black* | LLP<br>One Whitehall Street<br>New York, NY 10004<br>Ph:   (212) 248-8800<br>Fax:  (212) 248-6815<br>*Attorneys for Defendant Urban Outfitters, Inc.* |

SO ORDERED this ____ day of May, 2012, New York, New York:

*see previous page for signature*

_____
Hon. Debra C. Freeman, U.S.M.J.

3