UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X   Civil Action No.: 11-cv-5766 (GBD) (DCF)
TEEN MODEL (a minor), by her parents, PARENTS,

                Plaintiffs,

    -Against-

BLOOD IS THE NEW BLACK,
URBAN OUTFITTERS, INC., and
BRANDY & MELVILLE N.Y. INC.

                Defendants,
-----------------------------------------------------------------X

**STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED that Plaintiff TEEN MODEL (a minor), by her parents, PARENTS, on one side, and defendant BRANDY & MELVILLE N.Y. INC. ("B&M"), on the other side, by and through their undersigned counsel, have settled this matter, fully disposing of all claims between them that are presently before this Court. Said parties respectfully request that this matter be dismissed with prejudice against B&M, without costs or attorneys' fees for either of the aforementioned parties. For the avoidance of doubt, this Stipulation does not affect Plaintiff's claims against the remaining two defendants.

Dated: July 23, 2012

EDWARD C. GREENBERG, LLC

_____
Edward C. Greenberg, Esq.
Tamara L. Lannin, Esq.
570 Lexington Avenue, 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

HURWITZ & FINE, P.C.

_____
Andrea Schillaci, Esq.
1300 Liberty Building
Buffalo, New York 14202
Ph: (716) 849-8900
Fax: (212) 855-0874
*Attorneys for Defendant Brandy & Melville N.Y. Inc.*

SO ORDERED this ____ day of July, 2012, New York, New York:

_____
Hon. George B. Daniels, U.S.D.J.