ATTORNEYS AT LAW

801 SOUTH FIGUEROA STREET, 19TH FLOOR   LOS ANGELES, CA 90017-5556

www.sedgwicklaw.com   213.426.6900 phone   213.426.6921 fax

# Sedgwick LLP

August 7, 2012



FILED
AUG 09 2012

Via Facsimile (212) 805-6737

Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl St., Room 630
New York, NY 10007-1312

RE: *Teen Model (a minor), by her parents, PARENTS v. Jason Lee Parry, et al.*
    USDC Civil Action No. 11-CV-5766 (GBD)
    Our File No. 00214-008905

Your Honor:

This letter is submitted on behalf of counsel for Defendant Est. 1844, LLC dba Blood Is The New Black.

During our June 27, 2012 Status Conference, Mr. Greenberg advised the Court of difficulties the parties have been having in obtaining documents and materials from third-party witnesses Jason Lee Parry and Mr. Parry's former attorneys at Foley & Lardner LLP. During his June 22, 2012 deposition, Mr. Parry testified that all documents requested pursuant to the deposition subpoena had already been produced to his former attorneys. During his deposition, Mr. Parry authorized all counsel to obtain those documents directly from Foley & Lardner LLP.

On the record, Mr. Parry specifically consented to all counsel receiving copies of the following documents and materials:

- Emails between Mr. Parry and Ms. Meg Day regarding the subject photographs of Teen Model. (Parry Depo., 244:11-245:23);

- Text messages from Mr. Parry to Mitra Kayyam regarding the sale of the subject images to Urban Outfitters. (Parry Depo., 246:5-11);

- All emails and text messages contained in Mr. Parry's Gmail account and on his iPhone. (Parry Depo., 251:22-252:9);

- All of Mr. Parry's edited photographs of Teen Model. (Parry Depo., 259:12-24);

- Mr. Parry's three and half minute video from the Teen Model photo shoot, which is contained on his hard drive that was provided to Foley & Lardner. (Parry Depo., 272:24-274:4);

LA/1393284v1

Hon. George B. Daniels
Re: *Teen Model etc., et al. v. Jason Lee Parry, et al.*
August 7, 2012
Page 2

- The name and identity of the male model (approx. 55 years old) photographed on the motorcycle with Teen Model, including any paperwork and/or release relating thereto. (Parry Depo., 314:18-316:24).

Relevant portions of Mr. Parry's deposition transcript have been forwarded to his former attorneys with the specific references listed above.

Pursuant to Your Honor's instructions given on June 27, 2012, plaintiffs' counsel and counsel for the defendants have attempted to communicate directly with both Mr. Parry and Mr. Parry's former counsel. The Foley & Lardner firm was specifically requested to either produce the documents and materials Mr. Parry gave them, or return the documents and materials to Mr. Parry so that he could make the production on his own. Unfortunately, neither the phone calls of counsel nor correspondence have resulted in production of any of the documents and materials sought.

For your consideration, we enclose the subpoena duces tecum directed to Foley & Lardner LLP, as well as our most recent August 3, 2012 correspondence that specifically sets forth the items Mr. Parry identified at his deposition he produced to his former attorneys. We ask that Your Honor review the subpoena and, if acceptable, render it *so ordered* so that the parties may obtain the information in advance of our upcoming deposition and discovery cut-off date.

Very Truly Yours,

*/s/*

James J.S. Holmes
Kanika D. Corley
SEDGWICK LLP
*Attorneys for Defendant Est. 1844, LLC dba*
*Blood Is The New Black*

Enclosures

cc: Edward Greenberg, Esq.
    Paul Callan, Esq.

**SO ORDERED:**     AUG 09 2012

                                        _____
                                        Hon. George B. Daniels
                                        United States District Judge

LA/1393284v1