UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X   Civil Action No.: 11-cv-5766 (GBD) (DCF)
TEEN MODEL (a minor), by her parents, PARENTS,

        Plaintiffs,

-Against-

        **NOTICE OF WITHDRAWAL OF**
        **FIFTH CLAIM AGAINST**
        **DEFENDANTS BLOOD IS THE**
        **NEW BLACK AND URBAN**
        **OUTFITTERS, INC.**

BLOOD IS THE NEW BLACK, and
URBAN OUTFITTERS, INC.

        Defendants,
---------------------------------------------------------------X

PLEASE TAKE NOTICE that Plaintiff TEEN MODEL (a minor), by her parents, PARENTS, by and through their undersigned counsel, hereby gives notice that the Fifth Claim for relief in the Amended Complaint for the above-entitled action (Libel and/or Libel *per se*), is hereby voluntarily withdrawn and dismissed, without prejudice as against the defendants BLOOD IS THE NEW BLACK and URBAN OUTFITTERS, INC.

Dated: August 10, 2012
      New York, New York

                                Edward C. Greenberg (ECG 5553)
                                EDWARD C. GREENBERG, LLC
                                *Attorneys for Plaintiff*
                                570 Lexington Ave., 19th Floor
                                New York, New York 10022
                                Ph: (212) 697-8777
                                Fax: (212) 697-2528

SO ORDERED: AUG 14 2012

*/s/ George B. Daniels*

Honorable George B. Daniels, U.S.D.J.

To:

James J. S. Holmes, Esq.
Kanika D. Corley, Esq.
Sedgwick LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017
Kanika.Corley@sedgwicklaw.com
james.holmes@sedgwicklaw.com

Paul F. Callan, Esq.
Warren Koster, Esq.
Stephen Barrett, Esq.
Callan Koster Brady & Brennan LLP
One Whitehall Street
New York, NY 10004
wkoster@ckbblaw.com
pcallan@ckbblaw.com
sbarrett@ckbblaw.com