# Sedgwick LLP

ATTORNEYS AT LAW

125 BROAD STREET, 39TH FLOOR   NEW YORK, NEW YORK 10004-2400

www.sedgwicklaw.com   212.422.0202 phone   212.422.0925 fax

(213) 615-8031
james.holmes@sedgwicklaw.com

(213) 615-8040
kanika.corley@sedgwicklaw.com

September 19, 2012

**SO ORDERED**
The conference is adjourned to November 1, 2012 at 9:30 a.m.
/s/ George B. Daniels

*Via Facsimile Only*
Hon. George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 630
New York, NY 10007-1312

SEP 2? 2012

Re: *Teen Model (a minor), by her parents, PARENTS v. Jason Lee Parry, et al.*
    USDC Civl Action No. 11-CV-5766 (GBD)

Dear Judge Daniels:

We write to request a continuance of next week's hearing for the above-captioned case. Per Your Honor's Order from the June 27, 2012 Status Conference, all parties are scheduled to appear for a Status/Trial Setting Conference on September 25, 2012. In advance of this upcoming Conference, the parties are to agree on a dispositive motion briefing schedule or a trial schedule should the parties decide not to file motions and all discovery should be complete by the time of this Conference.

On September 13, 2012, the parties submitted to Magistrate Judge Freeman a Stipulation and Proposed Order to continue the discovery cut-off date until October 19, 2012. To abide by Your Honor's above Order, we request that the Status/Trial Setting Conference occur on a date which the Court will find convenient following October 19, 2012. Thank you very much for your consideration of this matter.

Very truly yours,

/s/ James J.S. Holmes

James J.S. Holmes
Kanika Corley
Sedgwick LLP
*Attorneys for Defendant Blood is the New Black*

cc:  Warren Koster, Paul Callan, and Stephen Barrett
     Callan Koster Brady & Brennan LLP
     One Whitehall Street
     New York, NY 10004
     *Attorneys for Defendant Urban Outfitters, Inc.*

Edward C. Greenberg and Tamara L. Lannin
Edward C. Greenberg LLC
570 Lexington Ave., 19th Floor
New York, NY 10022
*Attorneys for Plaintiff*

NY/1112211v1