**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TEEN MODEL (a minor), by her parents,
PARENTS,

                             Plaintiffs,

           -against-

JASON LEE PARRY, BLOOD IS THE NEW
BLACK, URBAN OUTFITTERS, INC., and
BRANDY & MELVILLE N.Y., INC.,

                           Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

11 Civ. 5766 (GBD)

GEORGE B. DANIELS, United States District Judge:

The conference scheduled in this matter for November 1, 2012 at 9:30 A.M. is adjourned

to December 19, 2012 at 9:30 A.M.

Dated: New York, New York
       October 29, 2012

SO ORDERED:

*George B Daniel*

GEORGE B. DANIELS
United States District Judge