FREEMAN'S



RECEIVED
NOV 26 2012
CHAMBERS OF
DEBRA FREEMAN
U.S.M.J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X  Civil Action No.: 11-cv-5766 (GBD) (DCF)
TEEN MODEL (a minor), by her parents, PARENTS,

    Plaintiff,

  -Against-

BLOOD IS THE NEW BLACK, and
URBAN OUTFITTERS, INC.,

    Defendants,
————————————————————————X

**STIPULATION AND** ~~PROPOSED~~ **ORDER**

**MEMO ENDORSED**

  IT IS HEREBY STIPULATED AND AGREED, by and between Edward C. Greenberg, LLC, as attorneys for Plaintiff, Callan Koster Brady & Brennan LLP, as attorneys for defendant Urban Outfitters, Inc., and Sedgwick LLP, as attorneys for defendant Blood is the New Black, and subject to the approval of this Court, as follows:

  WHEREAS, the parties had a fact discovery deadline of September 14, 2012;

  WHEREAS, the parties are working to resolve few remaining issues relating to discovery;

  WHEREAS, this is the second request for an extension to the fact discovery deadline, as fact discovery was originally scheduled to end on July 27, 2012 via an Order entered by Magistrate Judge Freeman on April 3, 2012, and was extended to September 14, 2012 via a telephone conference with the Court on or about July 16, 2012;

  THE PARTIES AGREE TO REVISE THE DISCOVERY DEADLINES AS FOLLOWS:

1. <u>End of Fact Discovery</u>: December 31, 2012;

2. Plaintiff's Expert Disclosures (including Report(s) and any accompanying documents): January 28, 2013;

3. Depositions of Plaintiff's Experts: February 25, 2013;

4. Defendant(s)' Expert Disclosures (including Report(s) and any accompanying documents): March 11, 2013;

5. Depositions of Defendant(s)' Experts: April 8, 2013.

6. This Stipulation may be executed in counterparts, and a facsimile or portable document format version or copy of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
November 20, 2012

By: Warren Koster
By: Paul Callan
By: Stephen Barrett
CALLAN KOSTER BRADY & BRENNAN LLP.
One Whitehall Street
New York, New York 10004
Ph: (212) 248-8800
Fax: (212) 248-6815
*Attorneys for Defendant Urban Outfitters, Inc.*

By: Edward C. Greenberg (5553)
By: Tamara L. Lannin (TL 3784)
EDWARD C. GREENBERG, LLC
570 Lexington Ave. 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

By: Kanika D. Corley
By: James J.S. Holmes
SEDGWICK LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017
Ph: (213) 426-6900
Fax: (213) 426-6921
*Attorneys for Defendant Blood is the New Black*

SO ORDERED this 27th day of November, 2012, New York, New York:

Hon. Debra C. Freeman, U.S.M.J.

**Debra Freeman
United States Magistrate Judge
Southern District of New York**