```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Civil Action No.: 11-cv-5766 (GBD) (DCF)
TEEN MODEL (a minor), by her parents, PARENTS,

           Plaintiff,

                                        **STIPULATION AND**
                                        **PROPOSED ORDER**

-Against-

BLOOD IS THE NEW BLACK, and
URBAN OUTFITTERS, INC.,

           Defendants,
-------------------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between Edward C. Greenberg, LLC, as attorneys for Plaintiff, Callan Koster Brady & Brennan LLP, as attorneys for defendant Urban Outfitters, Inc., and Sedgwick LLP, as attorneys for defendant Blood is the New Black, and subject to the approval of this Court, as follows:

    WHEREAS, the parties presently have a fact discovery deadline of December 31, 2012;

    WHEREAS, the parties agreed on November 20, 2012 that the deposition of non-party David Weise & Associates, Inc. could proceed pursuant to F.R.C.P. 31;

    WHEREAS, defendant BLOOD IS THE NEW BLACK served a subpoena pursuant to Rule 31 on December 4, 2012;

    WHEREAS, the subpoena contains 249 written questions;

    WHEREAS, a representative for David Weise & Associates has stated that it is impracticable to complete written responses to the deposition questions by December 31, 2012, but could likely provide responses by January 11, 2013;

    WHEREAS, this is the third request for a discovery extension, as fact discovery was originally scheduled to end on July 27, 2012 via an Order entered by Magistrate Judge Freeman

on April 3, 2012, and was extended to September 14, 2012 via a telephone conference with the Court on or about July 16, 2012; and was then extended to December 31, 2012 pursuant to a stipulation and Order entered by this Court on November 27, 2012;

THE PARTIES HEREBY AGREE AS FOLLOWS:

1. Non-party David Weise & Associates may respond to the subpoena to take a deposition by written questions by January 11, 2013;

2. The verified responses by David Weise & Associates can be submitted to counsel for BLOOD IS THE NEW BLACK without the recording of same before a stenographer;

3. All other pre-existing fact and expert discovery deadlines shall remain in place and unaffected;

4. This Stipulation may be executed in counterparts, and a facsimile or portable document format version or copy of this Stipulation shall be deemed an original for all purposes.

Dated: New York, New York
December 18, 2012

By: Kanika D. Corley
By: James J.S. Holmes
SEDGWICK LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA 90017
Ph: (213) 426-6900
Fax: (213) 426-6921
*Attorneys for Defendant Blood is the New Black*

By: Edward C. Greenberg (5553)
By: Tamara L. Lannin (TL 3784)
EDWARD C. GREENBERG, LLC
570 Lexington Ave. 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

_____
By: Warren Koster
By: Paul Callan
By: Stephen Barrett
CALLAN KOSTER BRADY & BRENNAN LLP.
One Whitehall Street
New York, New York 10004
Ph: (212) 248-8800
Fax: (212)-248-6815
*Attorneys for Defendant Urban Outfitters, Inc.*

SO ORDERED this 19th day of December, 2012, New York, New York:

_____
Hon. Debra C. Freeman, U.S.M.J.

**Debra Freeman**
**United States Magistrate Judge**
**Southern District of New York**