*Daniels, G.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   Index: 11-CV-5766 (GBD)(DCF)
TEEN MODEL (a minor), by her parents,
PARENTS,

                              Plaintiffs,                    **STIPULATION OF**
                                                             **SETTLEMENT AND**
              -against-                                      **ORDER OF DISMISSAL**

BLOOD IS THE NEW BLACK, and
URBAN OUTFITTERS, INC.,

                              Defendants.

------------------------------------------------------------x

FEB 28 2013

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel, that

Plaintiff TEEN MODEL (a minor), by her parents, PARENTS, on one hand, and defendants

BLOOD IS THE NEW BLACK and URBAN OUTFITTERS, INC., on the other hand, have

settled this matter, fully disposing of all claims between them that are presently before this

Court. Said parties respectfully request that this matter, inclusive of all cross-claims, be

dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Dated: February 22, 2013

By: Kanika D. Corley                          By: Edward C. Greenberg (5553)
By: James J.S. Holmes                         By: Tamara L. Lannin (TL 3784)
SEDGWICK LLP                                  EDWARD C. GREENBERG, LLC
801 S. Figueroa Street, 19th Floor            570 Lexington Ave. 19th Floor
Los Angeles, CA 90017                         New York, New York 10022
Ph: (213) 426-6900                            Ph: (212) 697-8777
Fax: (213) 426-6921                           Fax: (212) 697-2528
*Attorneys for Defendant Blood is the New*    *Attorneys for Plaintiff*
*Black*

By: Warren Koster
By: Paul Callan
By: Stephen Barrett
CALLAN KOSTER BRADY & BRENNAN
LLP.
One Whitehall Street
New York, New York 10004
Ph: (212) 248-8800
Fax: (212)-248-6815
*Attorneys for Defendant Urban Outfitters, Inc.*

SO ORDERED this ____ day of February, 2013, New York, New York:

FEB 28 2013

Hon. George B. Daniels, U.S.D.J.