UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X   Index: 11-CV-5766 (GBD)(DCF)

TEEN MODEL (a minor), by her parents,
PARENTS,

                Plaintiffs,         **STIPULATION OF**
                                             **SETTLEMENT AND**
          -against-            **ORDER OF DISMISSAL**

BLOOD IS THE NEW BLACK, and
URBAN OUTFITTERS, INC.,

                Defendants.
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and through the undersigned counsel, that Plaintiff TEEN MODEL (a minor), by her parents, PARENTS, on one hand, and defendants BLOOD IS THE NEW BLACK and URBAN OUTFITTERS, INC., on the other hand, have settled this matter, fully disposing of all claims between them that are presently before this Court. Said parties respectfully request that this matter, inclusive of all cross-claims, be dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Dated: February 22, 2013

By: Kanika D. Corley
By: James J.S. Holmes
SEDGWICK LLP
801 S. Figueroa Street, 19th Floor
Los Angeles, CA  90017
Ph: (213) 426-6900
Fax: (213) 426-6921
*Attorneys for Defendant Blood is the New Black*

By: Edward C. Greenberg (5553)
By: Tamara L. Lannin (TL 3784)
EDWARD C. GREENBERG, LLC
570 Lexington Ave. 19th Floor
New York, New York 10022
Ph: (212) 697-8777
Fax: (212) 697-2528
*Attorneys for Plaintiff*

_____
By: Warren Koster
By: Paul Callan
By: Stephen Barrett
CALLAN KOSTER BRADY & BRENNAN LLP.
One Whitehall Street
New York, New York 10004
Ph: (212) 248-8800
Fax: (212)-248-6815
*Attorneys for Defendant Urban Outfitters, Inc.*

SO ORDERED this ____ day of February, 2013, New York, New York:

_____     FEB 28 2013
Hon. George B. Daniels, U.S.D.J.